**Order filed, August 15, 2018.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-18-00554-CR**

_____

**JIM AMIR MOLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1538890**

---

## ORDER

The reporter's record in this case was due August 14, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the court reporter of the 351st District Court to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM